UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>v.    )<br>)<br>ARNOLD RICHARDS, III,       )<br>)<br>Defendant    ) | Criminal No. 2:05-cr-10-DBH<br>Civil No. 2:15-cv-287-DBH |

### ORDER ON DEFENDANT'S MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE

The defendant/petitioner has filed a motion under 28 U.S.C. § 2255 arguing that his Armed Career Criminal sentence of 15 years must be corrected in light of the Supreme Court decision in Johnson v. United States, 135 S. Ct. 2551 (2015), holding the residuary clause portion of that statute void for vagueness. The government has filed a response in which it recognizes that Johnson should be applied retroactively, that one of his three predicate convictions was counted under the residuary clause, and that without that conviction the defendant/petitioner is not an Armed Career Criminal. If he is not an Armed Career Criminal, then the statutory maximum sentence is ten years, and he has already served (according to the Bureau of Prisons) almost ten and one-half years. Gov't's Resp. to Pet'r's Mot. Pursuant to 28 U.S.C. § 2255 at 4 (Aug. 28, 2015) (ECF No. 53).

Accordingly I **GRANT** the motion under 28 U.S.C. § 2255 and order that the sentence be corrected to ten (10) years. I expect that will result in an expeditious

discharge of the defendant/petitioner.

**SO ORDERED.**

**DATED THIS 28TH DAY OF AUGUST, 2015**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**